**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**

**Case No: 4:15-CR-68-5F**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.**                                                    **ORDER**

**JORGE ESPINOSA**
**Defendant**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into

evidence on , be turned over to the case agent, Kevin West, to be retained in his custody

until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1 | 993 Grams of Cocaine |
| 9 | Cocaine found at Residence |

This__22nd__ day of February, 2016

James C. Fox
Senior U.S. District Judge

Agent's Signature: _____