UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No: **4:15-CR-68-5F**



**UNITED STATES OF AMERICA**
    **Plaintiff**
vs.                                                   ORDER

**JORGE ESPINOSA**
    **Defendant**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on , be turned over to the case agent, Kevin West, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 15 | Money counting machine |
| 16 | Vacuum sealer |
| 17 | Vacuum seal bags |
| 18 | Bags |
| 19 | Rubber bands |

This __23rd__ day of February, 2016

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: _____